UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Juan Acosta</u>

    v.                                 Case No. 06-fp-471

<u>New Hampshire State Prison, Warden</u>

### O R D E R

    Petitioner's Motion to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u> (document no. 3) is granted.

    This file has been assigned civil number 06-cv-471-<u>PB</u>.

    **SO ORDERED.**

                                       _/s/ James R. Muirhead_
                                       James R. Muirhead
                                       United States Magistrate Judge

Date: December 28, 2006

cc:    Juan Acosta, *pro se*