UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Juan Acosta

     v.          Case No. 06-cv-471-PB

NH State Prison

O R D E R

The petitioner has failed to amend his petition in compliance with Magistrate Judge James Muirhead's Order dated January 4, 2007, accordingly, the petition is dismissed.

SO ORDERED.

February 9, 2007        /s/ Paul Barbadoro
               Paul Barbadoro
               United States District Judge

cc:  Juan Acosta, Pro se